Barnett. v. Hickson, Executor.—Opinion of Court.

---

BION H. BARNETT, *Plaintiff in Error*, v. L. T. HICKSON, AS EXECUTOR OF WILLIAM HICKSON, DECEASED, *Defendant in Error*.

### APPELLATE PRACTICE—RETURN OF WRIT OF ERROR.

Where a writ of error is issued during a pending term of the appellate court and is made returnable to a day within the same term, it confers no jurisdiction on such appellate court over such cause for the purpose of amendment of such writ or otherwise, and such a cause must be stricken from the dockets of the appellate court.

This case was decided by the court *En Banc*.

Writ of error to the Circuit Court for Marion county.

The facts in the case are stated in the opinion of the court.

*A. W. Cockrell & Son* for plaintiff in error.

No appearance for defendant in error.

PER CURIAM.—This cause came on to be heard on motion of the plaintiff in error to amend the writ of error issued and recorded in said cause. The writ of error was issued during the January term, 1904, of this court and was made returnable to a day within said January term, which, under the former decisions here, conferred no jurisdiction

in this court over said cause for the purposes of amendment of the writ or otherwise. *Driggs, Adm'r, v. Higgins,* 19 Fla. 103; *Fleming v. Fleming,* 40 Fla. 154, 23 South. Rep. 571; *Payne v. Roche,* 41 Fla. 478, 27 South. Rep. 29; *Savannah, F. & W. Ry. Co. v. Justice,* 41 Fla. 508, 26 South. Rep. 704. The motion to amend is, therefore, hereby denied and the cause is stricken from the dockets of this court.

HOCKER and COCKRELL, JJ., being disqualified, took no part in the consideration of this case.